**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**CAMDEN VICINAGE**

| | |
|---|---|
| DUANE LEA, | |
| Plaintiff, | Civil No. 18-1066 (RMB/JS) |
| v. | **ORDER** |
| NORLYN ENTERPRISES, INC. and WORLDPAC, INC., | |
| Defendants. | |

This matter comes before the Court upon the parties' pre-motion conference letters filed pursuant to the Court's Individual Rules and Procedures.  A pre-motion conference on the record was held on even date herewith.  For the reasons set forth on the record, and upon consent of all parties,

**IT IS** on this 14th day of June, 2018, hereby **ORDERED** that:

This entire suit shall be **SUBMITTED TO ARBITRATION** on an individualized basis in accordance with the terms of the applicable arbitration agreement.  The Clerk of Court is hereby directed to **ADMINISTRATVELY TERMINATE** this suit.

                                              __s/ Renée Marie Bumb_____
                                              RENÉE MARIE BUMB
                                              UNITED STATES DISTRICT JUDGE

1