# EXHIBIT C



1101 Laurel Oak Road, Suite 100
Voorhees, NJ 08043
Telephone: (856)435-6401

October 17, 2018

Andrew R. Frisch, Esq.
Morgan & Morgan, P.A.
600 North Pine Island Road
Suite 400
Plantation, FL 33324
Via Email to: afrisch@forthepeople.com

Andrew P. Marks, Esq.
Dorf & Nelson LLP
555 Theodore Fremd Avenue
Rye, NY 10580
Via Email to: amarks@dorflaw.com

James M. McDonnell, Esq.
Jackson Lewis PC
220 Headquarters Plaza
East Tower, 7th Floor
Morristown, NJ 07960
Via Email to: mcdonnellj@jacksonlewis.com

Case Number: 01-18-0002-6644

Duane Lea
-vs-
Norlyn Enterprises, Inc. d/b/a Diligent Delivery Systems
-vs-
Worldpac, Inc.

Dear Parties:

The employer has failed to submit payment as requested. Accordingly, we have administratively closed our file on this matter. Any filing fees received from the employee will be refunded under separate cover. The case can later be re-opened upon receipt of the respondent's portion of the filing fee and the claimant's consent.

Pursuant to the AAA's current policy, in the normal course of our administration, the AAA may maintain certain electronic case documents in our electronic records system. Such electronic documents may not constitute a complete case file. Other than certain types of electronic case documents that the AAA maintains indefinitely, electronic case documents will be destroyed 18 months after the date of this letter.

Please email employmentfiling@adr.org if you have any questions and we will be happy to assist you.

Sincerely,

Employment Filing Team

Employmentfiling@adr.org

cc:
Paul Spicker, Esq.
Mary Theisen