Morgan & Morgan, P.A.
Andrew R. Frisch
8151 Peters Road, Suite 4000
Plantation, FL 33324
T: (954) WORKERS
AFrisch@forthepeople.com

*Counsel for Plaintiff*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN DIVISION

| | |
|---|---|
| DUANE LEA, on his own behalf and those similarly situated, | |
| Plaintiff, | Case No. 1:18-cv-01066-RMB-JS |
| vs. | |
| NORLYN ENTERPRISES, INC. d/b/a DILIGENT DELIVERY SYSTEMS, a Texas for Profit Corporation, and WORLDPAC, INC., a Delaware Foreign Corporation, | |
| Defendants. | |

**JOINT MOTION FOR APPROVAL
OF THE PARTIES' SETTLEMENT AGREEMENT**

PLEASE TAKE NOTICE that Duane Lea ("Plaintiff") with the consent of Defendants Norlyn Enterprises, Inc. and Worldpac, Inc. (collectively, the "Defendants") (together, the "Parties") through their undersigned attorneys, moves this court on March 13, 2020 for approval of the Parties' settlement agreement;

PLEASE TAKE FURTHER NOTICE that in support of this motion the Parties rely upon the attached Memorandum of Law, and Proposed Order.

Respectfully submitted,

*/s/ Andrew R. Frisch*
Andrew R. Frisch

Morgan & Morgan, P.A.<br>
8151 Peters Road, Suite 4000<br>
Plantation, FL 33324<br>
Tel: (954) WORKERS; Fax: (954) 327-3013<br>
AFrisch@forthepeople.com

## **CERTIFICATION OF SERVICE**

I hereby certify that on this 13th day of March, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which I understand will send a notice of electronic filing to all parties of record.

<i>/s/ ANDREW R. FRISCH</i><br>
Andrew R. Frisch